of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

Nos. 721 and 722. BOARD OF COUNTY COMMISSIONERS OF PAWNEE COUNTY ET AL. *v.* UNITED STATES. April 3, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Randell S. Cobb,* Attorney General of Oklahoma, for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Fred W. Smith* for the United States.

Nos. 730, 731, 732 and 733. KERTESS *v.* UNITED STATES. April 3, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward V. Broderick* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Edward G. Jennings* for the United States.

No. 735. BALTIMORE TRANSIT CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Philip B. Perlman, Chas. A. Trageser, Harry Troth Gross,* and *Luther Day* for petitioners. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, David Findling,* and *Millard Cass,* and *Miss Ruth Weyand* for respondent.

No. 737. ATLANTIC COAST LINE RAILROAD CO. *v.* SIDNEY BLUMENTHAL & CO., INC. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for